UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SANIJE BOCI, *on behalf of herself and others similarly* :
*situated*, :
:
                                Plaintiff, :                    20-CV-5681 (JPC)
:
        -v-                                       :                         ORDER
:
THE MARK HOTEL MANAGEMENT LLC *et al.*, :
:
                              Defendants. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of the parties' proposed stipulation in which all parties consent to Plaintiffs' filing of an amended complaint. Dkt. 56. Plaintiffs shall file the First Amended Complaint, Dkt. 56-1, by July 2, 2021. By that date, Plaintiffs should also file a redline comparing the First Amended Complaint with the Complaint, Dkt. 1. Plaintiff should also e-mail a courtesy copy of the redline to Chambers.

       SO ORDERED.

Dated: June 25, 2021
       New York, New York                           _____
                                                               JOHN P. CRONAN
                                                       United States District Judge