**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

SANIJE BOCI, et al.,

                      **Plaintiffs,**

       **-against-**

THE MARK HOTEL MANAGEMENT LLC, et al.,

                      **Defendants.**

-------------------------------------------------------------------X

**20-CV-05681 (JPC)(SN)**

**SETTLEMENT CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 5/26/2022

**SARAH NETBURN, United States Magistrate Judge**:

      The settlement conference in this case currently scheduled for Tuesday, August 30, 2022, is RESCHEDULED for Wednesday, September 14, 2022, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, September 7, 2022 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                       _____
                                       SARAH NETBURN
                                       United States Magistrate Judge

Dated:      May 26, 2022
             New York, New York