UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SANIJE BOCI, et al.,

                                                Plaintiffs,                  20-CV-05681 (SN)

        -against-                                                **ORDER**

THE MARK HOTEL MANAGEMENT, LLC, et al.,

                                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on October 20, 2022, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 85. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     October 26, 2022
               New York, New York